**Opinion issued July 2, 2013**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-13-00502-CR

—————————————

## IN RE PEDRO LUCIO, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Pedro Lucio, has filed a petition for writ of mandamus.[1] Relator does not specify the order from which he seeks relief, but instead claims that he is "unlawfully restrained and confined" on his conviction for theft.[2]

---

[1]  Relator identifies the underlying case as cause number CR-92-0369, from the 22nd District Court of Hays County, Texas, and the Respondent as the State of Texas.

[2]  *See* TEX. PENAL CODE ANN. § 31.03 (Vernon Supp. 2012).

This Court lacks jurisdiction over this case arising out of a county not within our jurisdiction.  *See* TEX. GOV'T CODE ANN. § 22.201(b) (Vernon Supp. 2012).

**Conclusion**

We dismiss the petition for writ of mandamus for lack of jurisdiction.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.

Do not publish.  TEX. R. APP. P. 47.2(b).